# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**

        Plaintiff,

-vs-

**Anthony Meno,**

        Defendant.

Case No. 3:17-cr-86

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft of Government Property, in violation of Title 18 of the United States Code, Section 641 made in Count 1 of the Information is hereby AMENDED under the Assimilative Crimes Act, Title 18 of the United States Code, Sections 7 and 13 to a charge Unauthorized Use of Property with the Purpose of Devising or Executing a Scheme to Defraud, in violation of the Ohio Revised Code, Section 2913.04 (A), a first degree misdemeanor.

IT IS SO ORDERED.

Date: 5/2/18

_____
Assistant United States Attorney

_____
United States Magistrate Judge