# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No.3:17-cr-207 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ANTHONY MENO, | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on July 10, 2019 pursuant to a Summons issued June 1, 2010 commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed June 13, 2019.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the conditions set forth in the terms of his probation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

After allowing Defendant and his counsel an opportunity to make a statement, the Court proceeded to sentencing. Defendant is sentenced to a term of imprisonment of One (1) day, with voluntary surrender permitted and no supervision to follow.

July 15, 2019

                  s/Sharon L. Ovington
                  Sharon L. Ovington
                  United States Magistrate Judge